UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DONALD A. MANZANO, :
:
                Plaintiff, :
: 23-CV-8441 (JMF)
    -v- :
: ORDER
TRUEACCORD, :
:
                Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendant in this action appears to be in default.  Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman), **within one month of the date of this Order**.  If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and scheduling a show cause hearing.  If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute and/or as abandoned without further notice to the parties.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff **and** to Defendant at the following address: 16011 College Blvd. Suite 130, Lexena, KS 66219.

      SO ORDERED.

Dated: December 8, 2023
       New York, New York
                                          JESSE M. FURMAN
                                          United States District Judge